UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    - v. -

ROBERT LUTTERMAN,

    Defendant.

------------------------------------------------------------X

███████ORDER

S1 22 Cr. 261 (ALC)

    WHEREAS, on January 19, 2023, ROBERT LUTTERMAN (the "Defendant") was charged in the above-captioned Information;

    WHEREAS, on January 19, 2023, the Defendant entered a guilty plea to the charges contained in the Information;

    WHEREAS, at the time of the filing of the case, this Court granted the Government's application to seal all documents and filings related to the Defendant's guilty plea and to delay the filing of docket entries in this case;

    WHEREAS all subsequent filings in the case have been made under seal;

    WHEREAS the Government has now applied, with the consent of the defendant, to unseal the above-captioned action and to publicly file all docket entries;

    IT IS HEREBY ORDERED that the docket in this matter shall be unsealed; it is

    FURTHER ORDERED that all documents filed in this action shall also be unsealed and docketed, including the Information filed on January 19, 2023; the transcript of and

minute entry related to the January 19, 2023 plea proceeding; and all subsequent orders entered in the case.

SO ORDERED:

Dated: New York, New York
      May 3, 2023

_____
THE HONORABLE ANDREW L. CARTER, JR.
United States District Judge
Southern District of New York